Oliver W. Wanger, #40331
Kurt F. Vote, #160496
Jena M. Graykowski, #276420
**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330
E-Mail: owanger@wjhattorneys.com

Steven W. Dahlem, #135498
**MARIPOSA COUNTY COUNSEL**
5100 Bullion Street, P. O. Box 189
Mariposa, California 95338
Telephone: (209) 966-3222
Facsimile:  (209) 966-5147
E-Mail: sdahlem@mariposacounty.org

Attorneys for:  Defendants County of Mariposa; and Sheriff Douglas Binnewies

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| RICHARD CHARLES HANNA, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF MARIPOSA, a political subdivision of the State of California, SHERIFF DOUGLAS BINNEWIES, an individual; and DOES 1-25,<br><br>　　　　Defendants. | No.  1:12-cv-01885-AWI-BAM<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE** |

　　　　Plaintiff has moved to voluntarily dismiss the above-captioned action.  Based on the Notice of Voluntary Dismissal, and good cause appearing:

　　　　1.　　All claims against all Defendants and the complaint are dismissed with prejudice.

　　　　2.　　This dismissal shall count as a strike under the Antiterrorism and Effective Death Penalty Act and the Prisoner Litigation Reform Act.

///

{7213/003/00397994.DOC}

1

3.   Each party shall bear his or its own attorneys fees and costs.

IT IS SO ORDERED.

Dated:  February 21, 2013                    _____
                                                                    SENIOR DISTRICT JUDGE

{7213/003/00397994.DOC}

2

CORRECTED [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE