# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF MARIPOSA, et al.,<br><br>Defendants. | Case No. 1:12-cv-01885-AWI-SAB<br><br>ORDER DISREGARDING PLAINTIFF'S RESPONSE TO ORDER<br><br>(ECF No. 18) |

On November 12, 2013, District Judge Anthony W. Ishii issued an order relating this action to <u>Hanna v. Mariposa County Sheriff Dept.</u>, No. 1:12-cv-00501-AWI-SAB (E.D. Cal.), and the action was referred to the undersigned to determine if the dismissal of this action with prejudice should be set aside. On November 14, 2013, an order issued directing Plaintiff's attorney, Eugene Action, to file a response to Plaintiff's allegations that this action was dismissed without Plaintiff's consent or approval. On November 19, 2013, Plaintiff filed a response.

Plaintiff is advised that should the Court require additional information from him on this matter, an order will issue directing him to respond. In this instance, the Court did not order Plaintiff to respond and Plaintiff's response shall be disregarded.

///

///

1

1 | Accordingly, Plaintiff's response to the order relating cases is HEREBY
2 | DISREGARDED.

IT IS SO ORDERED.

Dated: **November 20, 2013**

UNITED STATES MAGISTRATE JUDGE