# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA, | Case No. 1:12-cv-00501-AWI-SAB |
| Plaintiff, | |
| v. | ORDER REQUIRING COUNSEL TO PROVIDE ADDITIONAL DOCUMENTATION |
| MARIPOSA COUNTY SHERIFF DEPT. et al., | |
| | FIFTEEN DAY DEADLINE |
| Defendants. | |

On November 27, 2013, counsel filed a response to the order of this Court requiring him to respond to Plaintiff's allegations regarding the dismissal with prejudice in <u>Hanna v. County of Mariposa</u>, 1:12-cv-01885-AWI-SAB (E.D. Cal.). In his response, counsel stated that Ms. Ritter had power of attorney to act on behalf of Plaintiff at the time that the action was dismissed. Accordingly, within fifteen days from the date of service of this order, the power of attorney that was in effect on February 20, 2012 shall be filed with this Court.

IT IS SO ORDERED.

Dated:   **December 4, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1