1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9               EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD CHARLES HANNA,                Case No.  1:12-cv-01885-AWI-SAB

12            Plaintiff,
                                           ORDER
13        v.

14   COUNTY OF MARIPOSA, et al.,

15            Defendants.

16

17        An evidentiary hearing has been set for March 13, 2014 to determine if the dismissal of

18   this action with prejudice should be set aside.  In <u>Hanna v. Mariposa County Sheriff Department</u>,

19   12-cv-00501-AWI-SAB, Plaintiff filed a motion for an extension of time indicating that he is

20   scheduled to be released from custody on February 3, 2014.

21        Accordingly, Plaintiff is HEREBY ORDERED to provide defense counsel and the Court

22   with a current address and phone number within ten days from the date of his release from

23   custody and to update any change of address immediately should his address subsequently

24   change.

25        IT IS FURTHER ORDERED that if Plaintiff is not to be released by the hearing date of

26   ///

27   ///

28

1

1  March 13, 2014, he shall advise the court of this fact by February 15, 2014, so that efforts can be

2  made to secure his presence at the hearing.

3

4  IT IS SO ORDERED.

5      Dated:   **January 14, 2014**

   UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2