# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CHARLES HANNA, | Case No. 1:12-cv-01885-AWI-SAB |
| Plaintiff, | |
| v. | ORDER AMENDING FINDINGS AND RECOMMENDATION |
| COUNTY OF MARIPOSA, et al., | (ECF No. 36) |
| Defendants. | OBJECTIONS DUE APRIL 21, 2014 |

On March 17, 2014, the Court filed a findings and recommendation recommending Plaintiff's motion to set aside judgment be denied. Due to a clerical error, the findings and recommendations contained conflicting time periods in which objections were to be filed.

Accordingly, the findings and recommendation filed March 17, 2014, is HEREBY AMENDED and any objections to the findings and recommendations shall be filed on or before April 21, 2014.

IT IS SO ORDERED.

Dated: **March 21, 2014**

UNITED STATES MAGISTRATE JUDGE

1